1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN BABAROVICH, a married man,

        Plaintiff,

    vs.

STANDARD GUARANTY INSURANCE
COMPANY, a Delaware corporation,

        Defendant.

Case No.: _____

**DECLARATION OF KEVIN A.
MICHAEL IN SUPPORT OF
DEFENDANT STANDARD
GUARANTY INSURANCE
COMPANY'S NOTICE OF
REMOVAL**

    I, Kevin A. Michael, declare and state as follows:

    1.    I am over the age of 18 am competent to testify to the matters set forth herein. I am one of the attorneys representing defendant Standard Guaranty Insurance Company ("SGIC"). I submit this declaration based on my personal knowledge and belief in support of SGIC's Notice of Removal.

    2.    Attached as **Exhibit 1**, is a true and correct copy of a Certified Mail Receipt post-marked July 30, 2019 confirming when the Insurance Commissioner forwarded service of process to SGIC.

    3.    Attached as **Exhibit 2**, is a true and correct copy of the Complaint filed in the Superior Court of the State of Washington in and for the County of Snohomish, styled

DECLARATION OF KEVIN A. MICHAEL IN SUPPORT OF
DEFENDANT STANDARD GUARANTY INSURANCE
COMPANY'S NOTICE OF REMOVAL - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\42496124\1

1   *Babarovich v. Standard Guaranty Insurance Company*, Case number 19-2-06599-31 (the

2   "State Court Action").

3       4.      Attached as **Exhibit 3**, is a true and correct copy of the Certificate of Service

4   from the Insurance Commissioner of the State of Washington (the "Insurance Commissioner")

5   confirming that the Insurance Commissioner accepted service of the Summons and Complaint

6   on July 29, 2019 on behalf of and as statutory attorney for SGIC.

7       5.      Attached as **Exhibit 4** is a true and correct copy of the Georgia Secretary of

8   State Corporations Division website and the 2018 Annual Statement of SGIC, which confirm

9   that SGIC is incorporated in Delaware and maintains its principal place of business in Atlanta,

10  Georgia.

11      7.      Attached hereto as **Exhibit 5**, is a true and correct copy of the Summons to

12  SGIC dated June 19, 2019.

13      8.      Attached hereto as **Exhibit 6**, is a true and correct copy of the Order Setting

14  Civil Case Schedule for the State Court Action.

15      9.      Attached hereto as **Exhibit 7** is a true and correct copy of the Acceptance of

16  Service by the Insurance Commissioner of the State of Washington.

17      10.     Attached hereto as **Exhibit 8** is a true and correct copy of Plaintiff's Motion

18  and Declaration for Order of Default.

19      11.     Attached hereto as **Exhibit 9** is a true and correct copy of the August 21, 2019

20  Order of Default against SGIC.

21      12.     Attached hereto as **Exhibit 10** is a true and correct copy of the August 29, 2019

22  Order vacating the August 21, 2019 Order of Default against SGIC.

23      I declare under penalty of perjury under the laws of the State of Washington that the

24  foregoing statements are true and correct.

25

26

DECLARATION OF KEVIN A. MICHAEL IN SUPPORT OF
DEFENDANT STANDARD GUARANTY INSURANCE
COMPANY'S NOTICE OF REMOVAL - 2

LEGAL\42496124\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1    DATED this 30th day of August, 2019.

2
                                        By:   _/s/ Kevin A. Michael_____
3                                             Kevin A. Michael

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF KEVIN A. MICHAEL IN SUPPORT OF
DEFENDANT STANDARD GUARANTY INSURANCE
COMPANY'S NOTICE OF REMOVAL - 3

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\42496124\1

1

## CERTIFICATE OF SERVICE

2

     I hereby certify that on August 30, 2019, I electronically filed the foregoing document

3

with the Clerk of the Court using the CM/ECF system which will send notification of such

4

filing to all counsel of record.

5

6

     Also, on August 30, 2019, I caused the foregoing document to be served upon counsel

7

of record at the address and in the matter described below:

8

| Gregory L. Ursich, WSBA No. 18614<br>Inslee, Best, Doezie & Ryder, PS<br>10900 NE 4th St., Suite 1500<br>Bellevue, WA 98004<br>Phone:  (425) 450-4266<br>Email:  gursich@insleebest.com<br>***Counsel for Plaintiff*** | (   )   Via Legal Messenger<br>(   )   Via Overnight Courier<br>(   )   Via Facsimile<br>(X)   Via U.S. Mail<br>(X)   Via Email |
| --- | --- |

9

10

11

12

13

     SIGNED AND DATED this 30th day of August, 2019.

14

15

                COZEN O'CONNOR

16

                By: */s/ Leslie Yamashita*

17

                   Leslie Yamashita, Legal Assistant

18

                   999 Third Avenue, Suite 1900<br>                   Wells Fargo Center

19

                   Seattle, WA  98104<br>                   Telephone: 206.340.1000

20

                   Toll Free Phone: 800.423.1950<br>                   Facsimile: 206.621.8783

21

LEGAL\22804365\1 88888.8888.888/803159.000

22

23

24

25

26

DECLARATION OF KEVIN A. MICHAEL IN SUPPORT OF
DEFENDANT STANDARD GUARANTY INSURANCE
COMPANY'S NOTICE OF REMOVAL - 4

LEGAL\42496124\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

EXHIBIT 1



CERTIFIED MAIL

7014 1830 0001 0245 0627

STANDARD GUARANTY INSURANCE
COMPANY
CORPORATION SERVICE COMPANY
300 DESCHUTES WAY SW SUITE 304
TUMWATER WA  98501

OFFICE OF THE INSURANCE
COMMISSIONER

P.O. BOX 40255
OLYMPIA, WA  98504-0255



EXHIBIT 2

Insurance Commissioner
ACCEPTED SOP

JUL. 29 2019

TIME: _____

FILED

JUL 19 2019

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

JOHN BABAROVICH, a married man,

               Plaintiff,

    vs.

STANDARD GUARANTY INSURANCE
COMPANY, a Delaware corporation,

               Defendant.

NO. **19 2 06599·31**

COMPLAINT FOR BREACH OF
CONTRACT, BAD FAITH, VIOLATION
OF THE INSURANCE FAIR CONDUCT
ACT, AND CONSUMER PROTECTION
ACT

COMES NOW the Plaintiff, John Babarovich, a married man, and hereby states his complaint against Defendant as follows.

## I.    PARTIES

1.1    Plaintiff, John Babarovich ("Babarovich"), is a married man residing in King County, Washington, at all material times.

1.2    Defendant Standard Guaranty Insurance Company ("Standard Guaranty") is a Delaware corporation doing business in the State of Washington in the County of Snohomish at all material times.

COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH,
VIOLATION OF THE INSURANCE FAIR CONDUCT ACT,
AND CONSUMER PROTECTION ACT - Page 1

INSLEE
BEST

Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

1.3     Babarovich owns a 2.2 acre residential property in Everett, Washington, located at 13024 and 13024 ½ 3rd Avenue S.E., Everett, WA 98208, located in Snohomish County.

## II.     VENUE AND JURISDICTION

2.1     Venue and jurisdiction are proper in this Court as Babarovich owns property in Snohomish County, Washington, and Standard Guaranty issued homeowner / fire insurance policies on the subject property through lender, Wells Fargo Bank, N.A., for the policy periods between July, 2014 to July, 2015, and again from July, 2015 through July, 2016, insuring the Babarovich property against fire loss and damages.

2.2     Venue is proper in the Snohomish County Superior Court because Babarovich owns property which is the subject of this action in Snohomish County, Washington, and Standard Guaranty issued insurance policies insuring property located in Snohomish County, Washington.

## III.     BACKGROUND FACTS

3.1     Barbarovich purchased a 2.2 acre residential property in Everett, Washington, with two single family homes and an out building on the same property, located at 13024 and 13024 ½ 3rd Avenue S.E., Everett, WA 98208 in March 2001. ("Subject Property").

3.2     Babarovich obtained mortgage loans on the subject property from several lenders, including Wells Fargo Bank, N.A. Both homes on the subject property were fully renovated by Babarovich in 2001. Both homes were then rented out beginning in approximately September 2001. They were continuously rented until approximately 2014.

3.3     Babarovich suffered financial difficulties during the financial crisis between 2008 and 2016. As a result of his financial difficulties, Babarovich was unable to afford

COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH,
VIOLATION OF THE INSURANCE FAIR CONDUCT ACT,
AND CONSUMER PROTECTION ACT - Page 2

INSLEE Skyline Tower
Suite 1500
BEST 10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

1   homeowner / fire insurance beginning in 2014 on the Everett subject property, which was a

2   rental and investment property for him.

3       3.4   Standard   Guaranty   issued   an   insurance   policy   under   Policy   No.

4   MLR21207386180, with an effective date from July 21, 2014 to July 21, 2015, on the subject

5   property in Everett, Washington, owned by Babarovich. The policies referenced a name insured

6   of lender Wells Fargo Bank, N.A., with intended third-party beneficiary, borrower, Babarovich,

7   listed as the owner of the subject property.   The premium of $1,057.00 was charged to

8   Babarovich through his escrow account held by Wells Fargo Bank, N.A., on his mortgage.

9       3.5   Standard Guaranty issued a second homeowner / fire insurance policy on the

10  subject property in Everett, Washington, with effective dates between July 21, 2015 and July

11  21, 2016, to lender Wells Fargo Bank, N.A., which is owned by Babarovich, with Babarovich

12  listed as the borrower / owner and as intended third party beneficiary of the insurance policy.

13  This policy was issued under Policy No. MLR21207484114. The premium amount of $1,057.00

14  was charged to Babarovich's Wells Fargo Bank escrow account to be paid by Babarovich. A

    copy of the Declarations Page for each policy are attached as **Exhibit A**.

15      3.6   During a period of time during the great recession, beginning in 2014, the subject

16  property owned by Babarovich were vacant for some time with no renters present. During this

17  time, three separate fires occurred at the subject property in Everett, Washington.

18      3.7   The Snohomish County Fire Department responded to an outbuilding shed fire

19  at the 13024 3rd Avenue S.E., Everett, Washington property on October 24, 2015.   The

20  Snohomish County Fire Department responded to a second fire on the subject property involving

21  a single family dwelling on the subject property on March 23, 2016. A third fire occurred at the

22

23  COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH,
    VIOLATION OF THE INSURANCE FAIR CONDUCT ACT,
24  AND CONSUMER PROTECTION ACT - Page 3

INSLEE
BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

1  second single family dwelling on property to which the Snohomish County Fire Department

2  responded on June 3, 2016.

3       3.8    Babarovich was able to recover financially and in September, 2017, he was in

4  the process of refinancing the subject property in Everett, Washington, and obtained a payoff

5  statement from Wells Fargo Home Mortgage for his loan no. 0482277282.  Wells Fargo Bank,

6  N.A., sent Babarovich a payoff letter, which detailed the payoff amounts and included reference

7  to a restricted escrow balance: $14,393.06," which is identified as a property insurance claim

8  payable on a fire loss on the property.  Page 3 of the payoff statement also reflected a

9  disbursement made from the real estate loan escrow account on behalf of Babarovich and

10  charged back to him of homeowners' insurance in the amount of $1,057.00 on July 28, 2015.  A

11  copy of Wells Fargo's payoff letter is attached as **Exhibit B**.

12       3.9    After Babarovich's refinance on the subject property was completed in early

13  2018, Babarovich received a letter and check from Wells Fargo Home Mortgage identified as

14  the final disbursement of "insurance claim funds" on Mortgage Account No. 0482277282 for

15  property address 13024 3rd Avenue S.E., Everett, Washington.  The letter was enclosed with a

16  check for $14,393.06, which was negotiated by Babarovich on the insurance claim presumably

17  related to the first fire loss for the out building fire that occurred in October, 2015, on the subject

   property. This letter and copy of the check is attached as **Exhibit C**.

18       3.10    Babarovich then made subsequent insurance claims to Standard Guaranty under

19  Claim Nos. 00200890662, 00102227342, and 00200897165, on the two insurance policies

20  issued by Standard Guaranty.  These claims were filed by Babarovich on June 16, 2017 with

21  Standard Guaranty.

22

23  COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH,
    VIOLATION OF THE INSURANCE FAIR CONDUCT ACT,
24  AND CONSUMER PROTECTION ACT - Page 4

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

3.11   All three insurance claims filed by Babarovich were summarily denied by Standard Guaranty.  The only reason given was that the policies had somehow been canceled previously and retroactively by Wells Fargo Bank, N.A.

3.12   In a response to a Complaint filed with the Insurance Commissioner of the State of Washington, Standard Guaranty wrote a letter claiming that somehow the two homeowner / fire insurance policies had been canceled **PRIOR TO** the three reported fires on the subject property.  A copy of this letter is attached as **Exhibit D**.

3.13   The reported cancellation of the policies by Standard Guaranty is in conflict with the insurance payment made to Mr. Babarovich on the refinance of his loan on the subject property.

3.14   Standard Guaranty provided copies of the alleged cancellation letters which were issued by Wells Fargo Bank, N.A., and sent to property owner / borrower Babarovich on August 12, 2016, August 12, 2016, and August 9, 2016.  All three letters attempt to cancel the homeowner / fire insurance policies retroactively over a year prior to the date of the cancellation letters.  Copies of these three letters are attached as **Exhibit E**.

3.15   Standard Guaranty also issued a Notice of "Lender-Placed Insurance Confirmation of Cancellation" dated August 9, 2016, and addressed to Wells Fargo Bank and to borrower / owner Babarovich for the subject property and for the insurance policy in effect from July 15, 2015, to July 15, 2016. The cancellation notice attempts to state that the cancellation was effective as of July 25, 2015, when the notice was dated over one year after the policy had been fully in force for a year later on August 9, 2016. A copy of this notice of cancellation is attached as **Exhibit F**.

COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, VIOLATION OF THE INSURANCE FAIR CONDUCT ACT, AND CONSUMER PROTECTION ACT - Page 5


INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

1    3.16    Standard Guaranty has unfairly and in bad faith denied the proper insurance

2    claims of Babarovich for the three full fire losses on his property of which one has already been

3    paid by Standard Guaranty with the remaining two to be paid on the two single family home

4    losses on the subject property that occurred in 2016 during the effective policy period of

5    Standard Guaranty under Policy No. MLR21207484114.

6                              IV.    CAUSES OF ACTION

7    A.    First Cause of Action: Breach of Contract And Third Party Intended Beneficiary

8            4.1    Barbarovich incorporates by reference all statements of facts, including Exhibits

9    in paragraph 1.1 through paragraph 3.16.

10           4.2    Standard Guaranty is in breach of its insurance contracts under Policy Nos.

11   MOR21207386180 and MLR21207484114 for bad faith failure to properly adjust and pay the

12   fire loss claims of Babarovich on the subject property insured in Everett, Snohomish County,

13   Washington, for resulting fires that occurred on October 24, 2015, March 23, 2016, and June 3,

     2016, all during the insured policy period.

14           4.3    Babarovich is an intended third party beneficiary of the insurance contracts

15   issued to lender Wells Fargo Bank, N.A., on behalf of borrower / owner Babarovich insuring

16   the subject property owned by Babarovich in Everett, Snohomish County, Washington.

17   Babarovich paid the insurance premiums on the two fire insurance policies issued by Standard

18   Guaranty, including amounts of $1,057.00 each for the policy period of July, 21, 2014 to July

19   21, 2015, and for July 21, 2015 to July 21, 2016.  Insurance premiums are reflected as being

20   charged to the escrow account at the subject property of Babarovich controlled by his lender,

21   Wells Fargo Bank, N.A.

22

23   COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH,
     VIOLATION OF THE INSURANCE FAIR CONDUCT ACT,
24   AND CONSUMER PROTECTION ACT - Page 6

INSLEE BEST    Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

4.4    The breach of contract by Standard Guaranty is in violation of RCW 48.18.290, which requires the insurer to mail or deliver personally written notice of cancellation to both the named insured and each mortgagee or other person shown by the policy to have an interest in the property "at least five days before the effective date of the cancellation." The notice of cancellations relied upon by Standard Guaranty are dated August, 2016, months after the reported fire losses and after the insurance company paid at least one of the fire losses to the restricted escrow account of Wells Fargo Bank, N.A. The notices of cancellation submitted by Standard Guaranty are also in violation of RCW 48.53.040 in regard to cancellation of a fire insurance policy for failing to do so at least five days **prior to** the cancellation date of the insurance policy. In particular, RCW 48.53.040 requires that each mortgagee or other person with the interest in the property insured (here, Plaintiff Babarovich) to be given twenty days prior notice of cancellation for a fire insurance policy.

**B.    Second Cause of Action: Breach of the Insurance Fair Conduct Act**

4.5    Standard Guaranty has violated the Washington State Insurance Fair Conduct Act, RCW 48.30.010, by unreasonably denying a claim for coverage or payment of benefits under its homeowners/fire insurance policies to Babarovich.

4.6    Standard Guaranty has unreasonably denied the claim for coverage and payment of insurance benefits to Babarovich based on them attempting to retroactively cancel the homeowner / fire insurance policy in August, 2016, retroactive back to July, 2015, in violation of Washington State Statutes.

4.7    Under RCW 48.30.015, Babarovich is entitled for compensation for his actual losses in an amount to be determined at trial on this action, but no less than $200,000, and also

COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, VIOLATION OF THE INSURANCE FAIR CONDUCT ACT, AND CONSUMER PROTECTION ACT - Page 7



INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

an award of his attorneys' fees and costs and a treble award of his actual damages based on the unreasonable conduct of the insurer, Standard Guaranty.

4.8     The unfair and unreasonable conduct of Standard Guaranty in regards to these fire losses is further illustrated by the fact that Babarovich has been charged an insurance premium of $1,057.00 through Wells Fargo Bank, N.A., for the insurance policy period between July, 2015 and July, 2016, and received an insurance payment settlement for the outbuilding fire loss on October 24, 2015, in excess of $14,000.00, yet Standard Guaranty continues to deny the existence of the policy being in place for the two other fires on this subject property in Everett, Washington, in 2016.

C.     **Breach of Washington State Consumer Protection Act**

4.9     By violating RCW 48.182.90 and RCW 48.53.040 regarding proper notice of cancellation of a fire insurance policy, as well as violation of the Unfair Claims Settlement Practices Act under WAC 284-30-330, WAC 284-30-350 and other subsections, Standard Guaranty is in violation of the Washington State Consumer Protection Act for its actions towards claimant / insured Babarovich.

4.10     Violation of the Washington State Unfair Claims Settlement Practices Act, WAC 284-30, *et seq.*, constitutes a *per se* violation of the Washington State Consumer Protection Act, RCW 19.86, *et seq.*

4.11     As a result of these violations of the Washington State Consumer Protection Act, Babarovich is entitled to an award of his actual damages, treble damages, and his attorneys' fees and costs related to the unfair denial and refusal to pay benefits under the fire insurance policies issued by Standard Guaranty.

D.     **Fourth Cause of Action: Bad Faith and Breach of the**

COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH,
VIOLATION OF THE INSURANCE FAIR CONDUCT ACT,
AND CONSUMER PROTECTION ACT - Page 8

INSLEE
BEST

Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

**Implied Covenant of Good Faith and Fair Dealing**

4.12    Because Babarovich's claims were wrongly denied, the Acts of Standard Guaranty are unlawful and violate Public Policy, but Babarovich was harmed, then Standard Guaranty has acted in Bad Faith.

4.13    As a result of the bad faith conduct of Standard Guaranty, Babarovich is entitled to recover all his losses on the subject fire claims, including those in excess of policy limits, as allowed under statutory provisions and under case law of the State of Washington.

**V.    PRAYER FOR RELIEF**

5.1    Babarovich, having fully pled his claims for relief against Standard Guaranty, hereby seeks the following relief:

1.    An order and judgment from the Court finding Standard Guaranty Insurance to be in breach of its insurance contract with Babarovich as an intended third-party beneficiary of such contract for the insurance on his Everett property.

2.    An order and judgment from the Court finding that Standard Guaranty has violated the Insurance Fair Conduct Act, RCW 48.30, *et seq.*, and is liable to Babarovich for an award of the insurance claim benefits, a treble award of damages, and his attorneys' fees and costs.

3.    An order and judgment from the Court finding that Standard Guaranty is liable for breach of the Washington State Consumer Protection Act, RCW 19.86, *et seq.*, including an award for Babarovich's actual damages, treble damages, and his attorneys' fees and costs.

4.    An order and judgment from the Court finding that Standard Guaranty has acted in bad faith and in breach of the implied covenant of good faith and fair dealing in

COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, VIOLATION OF THE INSURANCE FAIR CONDUCT ACT, AND CONSUMER PROTECTION ACT - Page 9

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

insurance contracts by unreasonably denying insurance benefits payable to Babarovich and

failing to follow Washington State law regarding reasonably settling claims in conformance with

the terms of their own insurance policy.

       5.     For other just and further relief as ordered by the Court.

DATED this ___ day of July, 2019.

                    INSLEE, BEST, DOEZIE & RYDER, P.S.

By _____

             Gregory L. Ursich, W.S.B.A. #18614
             Attorneys for Plaintiff

COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH,
VIOLATION OF THE INSURANCE FAIR CONDUCT ACT,
AND CONSUMER PROTECTION ACT - Page 10

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948018.1 - 365474 -0001

EXHIBIT A

SEP. 11. 2017   1:03PM     WELLSFARGO 210 624 6380              NO. 560    P. 12

# DECLARATIONS

**STANDARD GUARANTY INSURANCE COMPANY**
PO BOX 50355, ATLANTA, GA 30302
A Stock Insurance Company

**CERTIFICATE NUMBER: MLR21207386180**

| CERTIFICATE PERIOD: | | | Issued under the provisions of |
|---|---|---|---|
| **EFFECTIVE DATE** | **EFFECTIVE TIME** | **EXPIRATION DATE** | Master Policy No.: |
| 07/21/2014 | 12:01 am | 07/21/2015 | MIP-RCH-02115-99 |

| NAMED INSURED and Mailing Address: | For Company Use: |
|---|---|
| WELLS FARGO BANK, N.A., #512<br>ITS SUCCESSORS AND/OR ASSIGNS<br>PO BOX 7512<br>SPRINGFIELD, OH 45501-7512 | Basis<br>Territory: 0001<br>Class<br>Other: FIR SFD 021200000 |

DESCRIBED LOCATION. The property covered by this Certificate is at the described location unless otherwise stated:

13024 3RD AVENUE SE
EVERETT, WA 98208

COVERAGE AND LIMITS OF LIABILITY - Coverage is provided only where a premium is shown for the coverage, subject to all conditions of this Certificate.

**RESIDENTIAL PROPERTY:**

| LIMIT OF LIABILITY | | DEDUCTIBLES | PREMIUM |
|---|---|---|---|
| Coverage A - $184,000 | All Perils: | $1,000 | $1,025.00 |
| Coverage B - 10% of Coverage A | | | |
| | | **TOTAL PREMIUM** | **$1,025.00** |

**COMMERCIAL PROPERTY:**

| LIMIT OF LIABILITY | | DEDUCTIBLES | PREMIUM |
|---|---|---|---|
| Building - | All Perils: | | |
| | | **TOTAL PREMIUM** | |

Optional Coverages, Assessments, Surcharges, Taxes, Fees (if applicable):

|  |  |
|---|---|
| **TOTAL AMOUNT** | **$1,025.00** |

FORMS AND ENDORSEMENTS which are made a part of this Certificate at the time of issuance:
MIP 223 SG (01-12),MIP 233 (01-12),MIP 243 WA (08-12),NOTI1111 (06-12),MIP 219 (01-12)
MIP 239 WA (08-12)

BORROWER - Name and address:
JOHN A BABAROVICH
PO BOX 1429
VASHON, WA 98070-1429

Loan No.: 0016845901

CLAIMS: 1-800-652-1262                                    Issue Date: 10/17/2014

ALL OTHER INQUIRIES:
1-866-246-9498                    Countersignature (where required)

MIP 221 SG (01-12)                    Page 1 of 1

EXHIBIT

SEP. 11. 2017  1:13PM   WELLSFARGO 210 624 6380                          NO. 560   P. 31

# DECLARATIONS

**STANDARD GUARANTY INSURANCE COMPANY**
PO BOX 50355, ATLANTA, GA 30302

CERTIFICATE NUMBER: MLR21207484114

A Stock Insurance Company

| CERTIFICATE PERIOD: | | | Issued under the provisions of Master Policy No.: MIP-RCH-02115-99 |
|---|---|---|---|
| EFFECTIVE DATE 07/21/2015 | EFFECTIVE TIME 12:01 am | EXPIRATION DATE 07/21/2016 | |

| NAMED INSURED and Mailing Address: | For Company Use: |
|---|---|
| WELLS FARGO BANK, N.A., #512 ITS SUCCESSORS AND/OR ASSIGNS PO BOX 7512 SPRINGFIELD, OH 45501-7512 | Basis: Territory: 0001 Class Other: FIR SFD 021200000 |

**DESCRIBED LOCATION.** The property covered by this Certificate is at the described location unless otherwise stated:

13024 3RD AVENUE SE
EVERETT, WA 98208

**COVERAGE AND LIMITS OF LIABILITY** - Coverage is provided only where a premium is shown for the coverage, subject to all conditions of this Certificate.

RESIDENTIAL PROPERTY:

| LIMIT OF LIABILITY | | DEDUCTIBLES | PREMIUM |
|---|---|---|---|
| Coverage A - $192,423 Coverage B - 10% of Coverage A | All Perils: | $1,000 | $1,057.00 |
| | | TOTAL PREMIUM | $1,057.00 |

COMMERCIAL PROPERTY:

| LIMIT OF LIABILITY | | DEDUCTIBLES | PREMIUM |
|---|---|---|---|
| Building - | All Perils: | | |
| | | TOTAL PREMIUM | |

Optional Coverages, Assessments, Surcharges, Taxes, Fees (if applicable):

|  |  | TOTAL AMOUNT | $1,057.00 |
|---|---|---|---|

**FORMS AND ENDORSEMENTS** which are made a part of this Certificate at the time of issuance:
MIP 223 SG (01-12),MIP 233 (01-12),MIP 243 WA (08-12),NOTI1111 (06-12),MIP 219 (01-12)
MIP 239 WA (08-12)

**BORROWER - Name and address:**
JOHN A BABAROVICH
PO BOX 1429
VASHON, WA 98070-1429

Loan No.: 0016845901

CLAIMS: 1-800-652-1262                                   Issue Date: 08/03/2015

ALL OTHER INQUIRIES:
1-866-246-9498                  Countersignature (where required)

Page 1 of 1

EXHIBIT ___B___   MIP223SGR-0514

EXHIBIT B



Return Mail Operations
PO Box 10368
Des Moines IA 50306-0368

September 28, 2017

John A Babarovich
Po Box 1429
Vashon WA 98070

Wells Fargo Home Mortgage has attached a payoff statement for
your review.

                    Mortgagor:        John A Babarovich
                    Property address: 13024 3rd Avenue SE
                                       Everett WA 98208
708 Loan number: 0482277282          Loan type: Conventional

Your loan interest is calculated on a daily basis. This means that we
will collect interest until the day we receive the payoff funds.

We may continue to make your real estate tax and property insurance
premium payments from your escrow account. If you have questions about
pending disbursements, please call us. Any amount held in escrow at
closing will be settled in accordance with the applicable federal law.

Please be sure to take care of these important items to avoid
unnecessary expense and delay:
* Planning to move. If you're planning to move, please be sure to provide
  us with your new mailing address on the enclosed Payoff Transmittal
  Form. We'll send you any remaining balance in your escrow account,
  year-end interest statements, and other documents to your new address.

* Automatic mortgage payments. Contact your provider (us, Bill Pay, a
  third party, Internet banking site, etc.) to cancel automatic payments
  at least 5 business days before your next scheduled withdrawal date.

* No need to stop payment. Don't place a stop payment on check or draft
  you've made. We'll refund any remaining balance. We may adjust the
  figures if a previously credited mortgage payment is rejected by the
  financial institution from which it is drawn.

If you have questions or need further assistance, please contact us at
1-866-605-0829, Monday - Friday, 7:00 a.m. to 7:00 p.m. Central Time.

EXHIBIT **D**

September 28, 2017                 Page 2 - 708 Loan number 0482277282

Mortgage Payoff Statement:

John A Babarovich
Po Box 1429
Vashon WA 98070

Mortgagor:          John A Babarovich
Property address: 13024 3rd Avenue SE
                    Everett WA 98208
708 Loan number:  0482277282          Loan type: Conventional

All figures are subject to final verification by the noteholder. The
TOTAL AMOUNT DUE of $ 256,474.83 is based on the payoff/closing date
of 10-20-17.

1.  TOTAL PRINCIPAL, INTEREST, AND OTHER AMOUNTS DUE UNDER NOTE/SECURITY
INSTRUMENT
(Total amount required for reconveyance)
Note: This Note/Security Instrument is due for payment December 01, 2011
Unpaid Principal Balance                        $        140,298.07
Interest as of 10-20-17                                   61,046.41
    Escrow Overdraft                                      52,562.50
    Unpaid Advance balance                                   511.82
    Unpaid Late Charges                                      600.03
TOTAL AMOUNT DUE UNDER NOTE/SECURITY INSTRUMENT $        255,018.83
2.  ADDITIONAL CONTRACTUAL AND OTHER FEES AND CHARGES DUE
(Payment of these charges is NOT a condition for the release or
reconveyance of the security instrument)
Other Charges                                               820.00
Recording Costs                                              74.00
Property Inspection                                            .00
Obligation Fee                                                 .00
Foreclosure Fee/Cost                                        562.00
Special Handling                                              .00
TOTAL CONTRACTUAL AND OTHER FEES AND CHARGES DUE $        1,456.00
TOTAL AMOUNT DUE through 10-20-17               $        256,474.83



*RESTRICTED ESCROW BALANCE: $ 14,393.06
As of the date of this statement, $ 14,393.06 received from a property
insurance claim are being held in restricted escrow. All or some of such
funds can be applied to the total amount due, if not used to pay for
repairs to the property, including claims of third parties such as
contractors. If you have questions about the application of these funds,
please call us at 1-866-605-0829.

This is a foreclosure case, we may continue with legal proceedings. Any
fees, costs and advances for taxes and insurance payments may also be
due in addition to the amount quoted above. The payoff figure quoted
to you is subject to change without notice. We have the right to
correct errors or omissions.

September 28, 2017          Page 3 - 708 Loan number 0482277282

**Timing of loan payoff:**
Total amount due is good through 10-20-17, or until any activity occurs
on the account. Funds received after that date will be subject to an
additional $ 28.02 of interest per Day. Issuance of this
statement does not suspend the contractual requirement to make payments
when due.

We may adjust figures in this statement, if prior to the payoff date:
* We make disbursements from Restricted Escrow to pay for repairs.
* We make additional mortgage insurance premium payments.
* We make disbursements from your escrow account for items due.
* Any check/electronic withdrawal previously credited to your account
  is rejected by the financial institution from which it is drawn.



Recent escrow disbursement amounts and dates:
Real estate taxes:      $     2,924.11       04-10-17
Homeowners Insurance    $     1,057.00       07-28-15

Important Information:
* If you do not send sufficient funds to pay your mortgage loan in full,
  we will apply funds from your escrow account to complete the payoff.
* Interest will continue to accrue until we receive full payment.
* After payoff, we will release the lien on the property in accordance
  with state law. Direct any questions or requests about the lien
  release to: Wells Fargo Home Mortgage
  PO Box 10335, Des Moines, IA 50306

Where appropriate, Wells Fargo Home Mortgage is required to inform you
that, as your account servicer, we are attempting to collect a debt and
any information obtained will be used for that purpose. However, if you
are a customer involved in an active bankruptcy case or you received a
discharge in a bankruptcy case where the account was not otherwise
reaffirmed or excepted from discharge, then this notice is being provided
to you for informational purposes only, and this is not a bill or a
request for payment as to any such customer(s).

September 28, 2017             Page 4 - 708 Loan number 0482277282

Payoff Transmittal Form:
Please review and complete this form. We prefer that you send the funds
by wire as it is the fastest way to complete the payoff. If wire transfer
is not an option, we prefer a cashier's check or certified funds.

WHERE TO SEND PAYOFF FUNDS
By WIRE: no checks                    By MAIL: including OVERNIGHT
Wells Fargo Bank, N.A.                Wells Fargo Home Mortgage
Beneficiary Bank ABA: 121000248      Attn: Payoffs, MAC X2302-045
Beneficiary Bank Acct: 4126885896    1 Home Campus
Beneficiary Bank Address:            Des Moines  IA  50328
1 Home Campus
Des Moines IA 50328
Special Information for Beneficiary:
Apply funds to: 708 loan 0482277282
Mortgagor: John A Babarovich
Sender's Name and Phone Number

Important Notes:
* Funds must be received by 2:00 pm Central Time for same day processing.
* Payoffs are not posted on weekends or holidays, and interest will be
  added to the account for these days.
* All figures are subject to final verification by the noteholder.
* If you wired funds and your mailing address is changing, please write
  your new address below and fax this form to 1-866-278-1179.

PAYOFF COUPON: Please detach and include with payoff funds.
-----------------------------------------------------------------------
708 Loan number: 0482277282
                      Property address: 13024 3rd Avenue SE
Current mailing address:              Everett WA 98208
John A Babarovich
PO Box 1429
Vashon WA 98070

Please provide your new mailing address:

Street _____

City/State/ZIP _____

    TOTAL PAYOFF AMOUNT: $ 256,474.83
    (includes additional contractual fees and other charges which are not
    a condition for the release or reconveyance of the security instrument)

    THIS FIGURE IS GOOD THROUGH 10-20-17 AMOUNT REMITTED _____

EXHIBIT C

Wells Fargo Bank, NA
Property Loss Department
P.O. Box 4455
Springfield, Ohio 45501-4455



April 02, 2018

John A Babarovich
PO Box 1429
Vashon, WA 98070

PLEASE NOTE: This notice is being provided for informational purposes
only. As a result of at least one bankruptcy case filing that includes
the above referenced account, Wells Fargo Home Mortgage is NOT attempting
in any way to violate any provision of the United States Bankruptcy Code
or to collect a debt (deficiency or otherwise) from any customer(s) who
is impacted by an active bankruptcy case or has received a discharge,
where the account was not otherwise reaffirmed or excepted from
discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE
CUSTOMER(S).

Subject: The final disbursement of insurance claim funds
         Mortgage account number: 0482277282 client 709
         Property address: 13024 3rd Avenue SE
                           Everett WA 98208

Dear John A Babarovich :

Thank you for completing the repairs on the property. Enclosed is a
check for $14393.06 which represents the final disbursement of the
insurance funds and completes the claim process.

We hope this process has helped you quickly restore the property.
If you receive any additional checks from the insurance company for
this claim or need additional information, please visit
InsuranceClaimCheck.com/wellsfargo, or call 1-888-882-1836, Monday
through Friday, 8:00 a.m. to 6:00 p.m., or Saturday, 9:00 a.m. to
2:00 p.m. Central Time.

Property Loss Department
Wells Fargo Home Mortgage

Enclosure

LD844/A2T

Wells Fargo Home Mortgage
is a division of Wells Fargo Bank, N.A.



**HOME MORTGAGE**

P.O. Box 10335
Des Moines, IA 50306-0335

| WELLS FARGO BANK NA | | 17-1 |
| WELLS FARGO BANK N.A | | 910 |
| ESCROW DISB CLRNG/708 | | |
| HCY      03A      0482277282 | CHECK NO. | MO/DAY/YR |
| 0482277282 | 7034185016 | 03/30/2018 |

| | AMOUNT |
| --- | --- |
| | $14,393.06 |

FOR PAYMENT OF RESTRICTED ESCROW

Fourteen Thousand Three Hundred Ninety Three and 06/100 Dollars

PAY TO
THE ORDER
OF

JOHN A BABAROVICH
PO BOX 1429
VASHON  WA 98070-1429

_Deborah Bielf_
AUTHORIZED SIGNATURE

⑈7034185016⑈ ⑆091000069⑈          650470147⑆

---

## Disbursement Check Voucher

PAYEE NAME
& ADDRESS

JOHN A BABAROVICH
PO BOX 1429
VASHON WA 98070-1429

CHECK NUMBER:   7034185016
CHECK DATE:   03/30/2018
PAYEE CODE:   0482277282

BATCH: HCY          PAGE 1 OF 1

| LOAN NUMBER | SHORT NAME/<br>INIT NAME/<br>PROPERTY ADDRESS | DESCRIPTION | TRAN<br>CODE | DATE | AMOUNT<br>DUE |
| --- | --- | --- | --- | --- | --- |
| 0482277282 | JA  BABAROVICH      FINAL | | 304 | | 14,393.06 |

| Check Totals: | | 1 Item | | | $14,393.06 |

EXHIBIT D

EXHIBIT E



Wells Fargo Bank, N.A.
Hazard Insurance Processing Center

August 12, 2016

JOHN A BABAROVICH
PO BOX 1429
VASHON, WA 98070-1429

RE: Loan Number: 0482277282
Property Location:
13024 3RD AVENUE SE
EVERETT, WA 98208

Dear Customer:

Thank you for providing evidence of your insurance coverage. We have cancelled the policy we obtained on your behalf effective at 12:01 a.m. on 07/21/2015. The full premium amount charged of $1,057.00 will be refunded to your account.

In the future, acceptable proof of insurance can be sent to us via fax at 1-937-525-4108, or mail to the address shown below. Please make sure your policy references your loan number, and ensure that the Mortgagee Clause on your policy reads:

WELLS FARGO BANK, N.A. #708
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 5708
SPRINGFIELD, OH 45501-5708

Loan Number: 0482277282

If you have any questions or believe there is an error in our records, please call us at 1-800-862-4098, Monday through Friday from 7:00 a.m. to 7:00 p.m., Central Time and one of our customer service professionals will be happy to help you. Thank you for your assistance.

Hazard Insurance Processing Center
Wells Fargo Bank, N.A.

© 2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

WFECX-1015 2118



Wells Fargo Bank, N.A.
Hazard Insurance Processing Center

August 12, 2016

JOHN A BABAROVICH
PO BOX 1429
VASHON, WA  98070-1429

RE: Loan Number: 0482277282
Property Location:
13024 3RD AVENUE SE
EVERETT, WA  98208

Dear Customer:

Thank you for providing evidence of your insurance coverage. We have cancelled the policy we obtained on your behalf effective at 12:01 a.m. on 02/25/2015. We are refunding you $414.00 which represents the unearned premium.

According to the information you provided, you do not have coverage for the entire term for which we placed coverage. The policy we obtained on your behalf remains in force for the time period of 07/21/2014 to 02/25/2015. We have charged you a premium of $622.00.

If you had other coverage during this period of time please mail a copy of your policy (with your account number referenced) to the address shown below or fax to 1-937-525-4108. Please be sure your policy includes your account number, and a Mortgagee Clause or Lenders Loss Payable Endorsement made out to:

WELLS FARGO BANK, N.A. #708
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 5708
SPRINGFIELD, OH  45501-5708

Loan Number: 0482277282

If you have any questions or believe there is an error in our records, please call us at 1-800-862-4098, Monday through Friday from 7:00 a.m. to 7:00 p.m., Central Time and one of our customer service professionals will be happy to help you. Thank you for your assistance.

Hazard Insurance Processing Center
Wells Fargo Bank, N.A.

© 2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801



Wells Fargo Bank, N.A.
Hazard Insurance Processing Center

August 9, 2016

JOHN A BABAROVICH                    RE: Loan Number: 0482277282
PO BOX 1429                              Property Location:
VASHON, WA  98070                        13024 3RD AVENUE SE
                                         EVERETT, WA  98208

Dear Customer:

Thank you for providing evidence of your insurance coverage. We have cancelled the policy we obtained on your behalf effective at 12:01 a.m. on 11/21/2015. We are refunding you $694.00 which represents the unearned premium.

According to the information you provided, you do not have coverage for the entire term for which we placed coverage. The policy we obtained on your behalf remains in force for the time period of 07/21/2015 to 11/21/2015. We have charged you a premium of $351.00.

If you had other coverage during this period of time please mail a copy of your policy (with your account number referenced) to the address shown below or fax to 1-937-525-4108. Please be sure your policy includes your account number, and a Mortgagee Clause or Lenders Loss Payable Endorsement made out to:

WELLS FARGO BANK, N.A. #708
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 5708
SPRINGFIELD, OH  45501-5708

Loan Number: 0482277282

If you have any questions or believe there is an error in our records, please call us at 1-800-862-4098, Monday through Friday from 7:00 a.m. to 7:00 p.m., Central Time and one of our customer service professionals will be happy to help you. Thank you for your assistance.

Hazard Insurance Processing Center
Wells Fargo Bank, N.A.

© 2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

WFECSP-1015 7118

EXHIBIT F

**NAMED INSURED MORTGAGEE - Name and Address**
WELLS FARGO BANK, N.A. #708
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 5708
SPRINGFIELD, OH 45501-5708

Date: 08/09/2016

**Standard Guaranty Insurance Company**
PO Box 50355, Atlanta, GA 30302
A Stock Insurance Company

## LENDER-PLACED INSURANCE
## CONFIRMATION OF CANCELLATION

**BORROWER / MORTGAGOR - Name and Address**
JOHN A BABAROVICH
PO BOX 1429
VASHON, WA 98070-1429

**DESCRIBED LOCATION:**
13024 3RD AVENUE SE
EVERETT, WA 98208

**LOAN NUMBER: 0482277282**
**CERTIFICATE NUMBER: MLR21207386180**

Dear Customer:

The Named Insured Mortgagee/Lender has requested cancellation of the lender-placed insurance that was issued in compliance with your mortgage/lien agreement. This cancellation is effective on 07/25/2015 at 12:01 a.m. Standard Time at the described location shown above. The reason for this cancellation is:

Named Insured's Request.

If you have any questions, please feel free to call your mortgage lender at 1-800-862-4098.

Sincerely,

Insurance Department

Replacement of Property (Fire) Insurance: If this cancellation or nonrenewal pertains to a certificate providing fire, extended coverage and vandalism and malicious mischief insurance and you wish to replace your insurance, you should make an effort to obtain insurance through another company in the normal market. If you have difficulty in procuring replacement coverage in the normal market, you possibly may obtain fire, extended coverage and vandalism and malicious mischief insurance through the Washington FAIR Plan. For further information, please contact your agent.

You may contact the Office of the Insurance Commissioner's Consumer Protection Services for assistance with questions or complaints at Consumer Protection Services, Office of the Washington State Insurance Commissioner, P.O. Box 40256, Olympia, Washington 98504-0256, Toll Free Telephone (800) 562-6900, Website Address: www.insurance.wa.gov.

EXHIBIT 3

**MIKE KREIDLER**
STATE INSURANCE COMMISSIONER

**STATE OF WASHINGTON**



**OFFICE OF**
**INSURANCE COMMISSIONER**

www.insurance.wa.gov

Certificate number **19413** is being issued to certify that the Insurance Commissioner of the State of Washington (OIC) has **ACCEPTED** service of process in the matter below.

| | |
|---|---|
| Date Service of Process Accepted: | 07/29/2019 |
| Certificate Issued: | 07/29/2019 |
| Issued By: | Carissa Hoff |
| Certificate Type: | First Attempt |
| Certified Mailing Number: | 7018 1830 0001 0245 0077 |
| Service Requested Upon: | STANDARD GUARANTY INSURANCE COMPANY |
| | CORPORATION SERVICE COMPANY |
| | 300 Deschutes Way SW Suite 304 |
| | Tumwater, WA 98501 US |
| Authorized in Washington: | Yes |
| Attorney Details: | GREGORY L URSICH |
| | INSLEE, BEST, DOEZIE & RYDER PS |
| | 10900 NE 4TH STREET |
| | SUITE 1500 |
| | BELLEVUE, WA 98004 US |
| | (425) 450-4266 |
| | gursich@insleebest.com |
| Case Number: | 19-2-06599-31 |
| Plaintiff: | JOHN BABAROVICH, a married man, |
| Defendant: | STANDARD GUARANTY INSURANCE COMPANY, a Delaware corporation, |
| Documents: | SUMMONS |
| | COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, VIOLATION OF THE INSURANCE FAIR CONDUCT ACT, AND CONSUMER PROTECTION ACT |
| Copies Sent To: | GREGORY L URSICH |
| | STANDARD GUARANTY INSURANCE COMPANY |

EXHIBIT 4

# ANNUAL STATEMENT

OF THE

**STANDARD GUARANTY INSURANCE COMPANY**

**TO THE**

**Insurance Department**

**OF THE**

**STATE OF**

FOR THE YEAR ENDED
DECEMBER 31, 2018

**PROPERTY AND CASUALTY**

# 2018



PROPERTY AND CASUALTY COMPANIES · ASSOCIATION EDITION

# ANNUAL STATEMENT

FOR THE YEAR ENDED DECEMBER 31, 2018
OF THE CONDITION AND AFFAIRS OF THE

## Standard Guaranty Insurance Company

| | | | | |
|---|---|---|---|---|
| NAIC Group Code | 0019 (Current) | 0019 (Prior) | NAIC Company Code 42884 | Employers ID Number 58-1525579 |

Organized under the Laws of Delaware , State of Domicile or Port of Entry DE

Country of Domicile United States of America

Incorporated/Organized 08/28/1980 Commenced Business 08/12/1980

Statutory Home Office 251 Little Falls Drive , Wilmington, DE, US 19808

(Street and Number) (City or Town, State, Country and Zip Code)

Main Administrative Office 260 Interstate North Circle, SE

(Street and Number)

Atlanta, GA, US 30339-2110 770-763-1000

(City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)

Mail Address 260 Interstate North Circle, SE , Atlanta, GA, US 30339-2110

(Street and Number or P.O. Box) (City or Town, State, Country and Zip Code)

Primary Location of Books and Records 260 Interstate North Circle, SE

(Street and Number)

Atlanta, GA, US 30339-2110 770-763-1000

(City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)

Internet Website Address www.assurant.com

Statutory Statement Contact Luz   Prieto 305-253-2244-32456

(Name) (Area Code) (Telephone Number)

luz.prieto@assurant.com 305-398-7119

(E-mail Address) (FAX Number)

### OFFICERS

| | | | |
|---|---|---|---|
| President | John August Frobose | Treasurer | Beech Hargis Turner |
| Secretary | Jeannie Amy Aragon-Cruz | Actuary | Jeffrey Alan Lamy |

### OTHER

| | | |
|---|---|---|
| Eduardo Arthur, Senior Vice President | Manuel Jose Becerra, Senior Vice President | Michael Campbell, Senior Vice President |
| Gregory Joseph DeChurch, General Counsel | Garrett Hoyt Hale, Senior Vice President | Julia Mercedes Hix, Senior Vice President |
| Gary Louis Lau, Vice President | Ivan Carlos Lopez-Morales, Senior Vice President | Katharine Ann McDonald, Senior Vice President |
| Keith Roland Meier, Senior Vice President | Tamikka LaTonia Montford, Vice President | |

### DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| Rebekah Susan Bonde | John August Frobose | Robbie Hannington |
| Julia Mercedes Hix | Ivan Carlos Lopez-Morales | Katharine Ann McDonald |
| Gary Turner | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| State of | Georgia | State of | Florida | State of | Georgia | SS: |
| County of | Fulton | County of | Miami-Dade | County of | Cobb | |

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| John August Frobose | Jeannie Amy Aragon-Cruz | Beech Hargis Turner |
| President | Secretary | Treasurer |

State of Georgia, County of Fulton

Subscribed and sworn to before me this

_____ day of January, 2019 By Jean Frobose

Michelle Pechin

Notary Public

10/09/2022

a. Is this an original filing? Yes [ X ] No [ ]

b. If no,

1. State the amendment number ____
2. Date filed ____
3. Number of pages attached ____

State of Florida, County of Miami-Dade

Subscribed and sworn to before me this

_____ day of January, 2019, Jeannie Aragon-Cruz

Adriana L. Rayneri

Notary Public

07/31/2021

State of Georgia, County of Cobb

Subscribed and sworn to before me this

_____ day of January, 2019, Beech Turner

Jennifer Alexander

Notary Public

10/25/2020



## GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

# BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **STANDARD GUARANTY INSURANCE COMPANY** | Control Number: | **J352116** |
| Business Type: | **Domestic Insurance Company** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **260 Interstate No. Circle, SE, Atlanta, GA, 30339, USA** | Date of Formation / Registration Date: | **1/1/1984** |
| State of Formation: | **Delaware** | Last Annual Registration Year: | **2019** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **CORPORATION SERVICE COMPANY** |
| Physical Address: | **40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Beech Turner | CFO | 260 Interstate North Circle SE, Atlanta, GA, 30339, USA |
| Jeannie Amy Aragon-Cruz | Secretary | 11222 Quail Roost Drive, Miami, FL, 33157, USA |
| John August Frobose | CEO | 260 Interstate North Circle SE, Atlanta, GA, 30339, USA |

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-
Back  1530, Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
Filing History      Name History
© 2015 PCC Technology Group. All Rights Reserved. Version 5.7.3          **Report a Problem?**
Return to Business Search

EXHIBIT 5

Insurance Commissioner
ACCEPTED SOP

JUL 2 9 2019

TIME: 2pm

FILED

JUL 1 9 2019

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

JOHN BABAROVICH, a married man,

        Plaintiff,

   vs.

STANDARD GUARANTY INSURANCE
COMPANY, a Delaware corporation,

        Defendant.

NO. **19 2 06599 31**

SUMMONS

TO THE DEFENDANTS:

    A lawsuit has been started against you in the above entitled court by John Babarovich, a married man, the Plaintiff. The Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this Summons.

    In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the Plaintiff within twenty (20) days after the service of this Summons, excluding the day of service, or within sixty (60) days if service is made upon you outside of the State of Washington, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what it asks for because you have not responded. If you serve a

SUMMONS - Page 1

**INSLEE** Skyline Tower
Suite 1500
≡ **BEST** 10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

948910.1 - 365474 -0001

1   Notice of Appearance on the undersigned attorney, you are entitled to notice before a default

2   judgment may be entered.

3         You may demand that the Plaintiff file this lawsuit with the Court.  If you do so, the

4   demand must be in writing and must be served upon the Plaintiff.  Within fourteen (14) days

5   after you serve the demand, the Plaintiff must file this lawsuit with the Court, or the service on

6   you of this Summons and Complaint will be void.

7         If you wish to seek the advice of an attorney in this matter, you should do so promptly

8   so that your written response, if any, may be served on time.

9         This Summons is issued pursuant to Rule 4 of the Superior Court Rules of the State of

10  Washington.

         RESPECTFULLY SUBMITTED this 19th day of June, 2019.

11

12                        INSLEE, BEST, DOEZIE & RYDER, P.S.

                          By _____

13                          Gregory L. Ursich, WSBA #18614
                            10900 NE 4th St., Suite 1500

14                          Bellevue, WA 98004
                            Phone:  (425) 450-4266

15                          Email:  gursich@insleebest.com
                            Attorneys for Plaintiff

16

17

18

19

20

21

22

23
    SUMMONS - Page 2

24

INSLEE   Skyline Tower
         Suite 1500
BEST     10900 NE 4th Street
         Bellevue, WA 98004
425.455.1234 | www.insleebest.com

EXHIBIT 6

19 – 2 – 06599 – 31
CICS        1
Case Information Cover Sheet
6133191

FILED

2019 JUL 19 PM 3: 57

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

**CIVIL**

SNOHOMISH COUNTY SUPERIOR COURT
Case Information Cover Sheet (CICS)

**19  2  06599  31**

**Case Number**_____  **Case Title** Babarovich  V. Standard Guaranty

**Attorney Name** Gregory L. Ursich_____  **Bar Membership Number** 18614____

Please check one category that best describes this case for indexing purposes.  Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources.  Cause of action definitions are listed on the back of this form.  Thank you for your cooperation.

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ABJ | Abstract of Judgment | ☐ | PRG | Property Damage – Gangs |
| ☐ | ALR | Administrative Law Review | ☐ | PRP | Property Damages |
| ☐ | ALRJT | Administrative Law Review-Jury Trial (L&I) | ☐ | QTI | Quiet Title |
| ☐ | CRP | Petition for Certificate of Restoration of Opportunity | ☐ | RDR | Relief from Duty to Register |
| ☐ | CHN | Non-Confidential Change of Name | ☐ | RFR | Restoration of Firearm Rights |
| ☐ | COL | Collection | ☐ | SDR | School District-Required Action Plan |
| ☐ | CON | Condemnation | ☐ | SPC | Seizure of Property-Commission of Crime |
| ☐ | COM | Commercial | ☐ | SPR | Seizure of Property-Resulting from Crime |
| ☐ | DOL | Appeal Licensing Revocation | ☐ | STK | Stalking Petition |
| ☐ | DVP | Domestic Violence | ☐ | SXP | Sexual Assault Protection |
| ☐ | EOM | Emancipation of Minor | ☐ | TAX | Employment Security Tax Warrant |
| ☐ | FJU | Foreign Judgment | ☐ | TAX | L & I Tax Warrant |
| ☐ | FOR | Foreclosure | ☐ | TAX | Licensing Tax Warrant |
| ☐ | FPO | Foreign Protection Order | ☐ | TAX | Revenue Tax Warrant |
| ☐ | HAR | Unlawful Harassment | ☐ | TMV | Tort – Motor Vehicle |
| ☐ | INJ | Injunction | ☐ | TRJ | Transcript of Judgment |
| ☐ | INT | Interpleader | ☐ | TTO | Tort – Other |
| ☐ | LCA | Lower Court Appeal – Civil | ☐ | TXF | Tax Foreclosure |
| ☐ | LCI | Lower Court Appeal – Infractions | ☐ | UND | Unlawful Detainer – Commercial |
| ☐ | LUPA | Land Use Petition Act | ☐ | UND | Unlawful Detainer – Residential |
| ☐ | MAL | Other Malpractice | ☐ | VAP | Vulnerable Adult Protection Order |
| ☐ | MED | Medical Malpractice | ☐ | VVT | Victims of Motor Vehicle Theft-Civil Action |
| ☐ | MHA | Malicious Harassment | ☐ | WDE | Wrongful Death |
| ✕ | MSC2 | Miscellaneous – Civil | ☐ | WHC | Writ of Habeas Corpus |
| ☐ | MST2 | Minor Settlement – Civil (No Guardianship) | ☐ | WMW | Miscellaneous Writs |
| ☐ | PCC | Petition for Civil Commitment (Sexual Predator) | ☐ | WRM | Writ of Mandamus |
| ☐ | PFA | Property Fairness Act | ☐ | WRR | Writ of Restitution |
| ☐ | PIN | Personal Injury | ☐ | WRV | Writ of Review |
| ☐ | PRA | Public Records Act | ☐ | XRP | Extreme Risk Protection Order |

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW.**

_____

_____

*Please Note:  Public information in court files and pleadings may be posted on a public Web site.*

EXHIBIT 7

**MIKE KREIDLER**
*STATE INSURANCE COMMISSIONER*

19 – 2 – 06599 – 31
ACSR           4
Acceptance of Service
6384896

**STATE OF WASHINGTON**



**OFFICE OF
INSURANCE COMMISSIONER**

www.insurance.wa.gov

**RECEIVED**

AUG 0 1 2019

*INSLEE, BEST, ET AL.*

Certificate number **19413** is being issued to certify that the Insurance Commissioner of the State of Washington (OIC) has **ACCEPTED** service of process in the matter below.

| | | |
|---|---|---|
| Date Service of Process Accepted: | 07/29/2019 | |
| Certificate Issued: | 07/29/2019 | |
| Issued By: | Carissa Hoff | |
| Certificate Type: | First Attempt | |
| Certified Mailing Number: | 7018 1830 0001 0245 0077 | |
| Service Requested Upon: | STANDARD GUARANTY INSURANCE COMPANY | |
| | CORPORATION SERVICE COMPANY | |
| | 300 Deschutes Way SW Suite 304 | |
| | Tumwater, WA 98501 US | |
| Authorized in Washington: | Yes | |
| Attorney Details: | GREGORY L URSICH | |
| | INSLEE, BEST, DOEZIE & RYDER PS | |
| | 10900 NE 4TH STREET | |
| | SUITE 1500 | |
| | BELLEVUE, WA 98004 US | |
| | (425) 450-4266 | |
| | gursich@insleebest.com | |
| Case Number: | 19-2-06599-31 | |
| Plaintiff: | JOHN BABAROVICH, a married man, | |
| Defendant: | STANDARD GUARANTY INSURANCE COMPANY, a Delaware corporation, | |
| Documents: | SUMMONS | |
| | COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, VIOLATION OF THE INSURANCE FAIR CONDUCT ACT, AND CONSUMER PROTECTION ACT | |
| Copies Sent To: | GREGORY L URSICH | |
| | STANDARD GUARANTY INSURANCE COMPANY | |

2019 AUG 21   AM 11: 41
SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

FILED

FILED

2019 AUG 21   PM 1:54

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

19-2-06599-31
MTDFL          5
Motion for Default
6384907

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

JOHN BABAROVICH, a married man,

        Plaintiff,

vs.

STANDARD GUARANTY INSURANCE
COMPANY, a Delaware corporation,

        Defendant.

NO. 19-2-06599-31

**MOTION AND DECLARATION FOR
ORDER OF DEFAULT**

## I.   MOTION

COMES NOW, Plaintiff JOHN BABAROVICH, a married man, by and through his

attorneys, Inslee, Best, Doezie & Ryder, P.S., and move the Court for an order adjudging

Defendants STANDARD GUARANTY INSURANCE COMPANY, to be in default herein,
pursuant to CR55.

This Motion is based upon the records and files herein and the subjoined Declaration,
with Acceptance of Service attached

DATED this 21 day of August, 2019.

        INSLEE, BEST, DOEZIE & RYDER, P.S.

By _____

        Gregory L. Ursich, W.S.B.A. #18614
        Attorneys for Plaintiff

Motion and Declaration for Order of Default - Page 1

**INSLEE** Skyline Tower
Suite 1500
**BEST** 10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

961030.1 - 365474 -0001

## II.   DECLARATION

GREGORY L. URSICH states and declares as follows:

1.      I am an attorney with Inslee, Best, Doezie & Ryder, P.S., attorneys for Plaintiff JOHN BABAROVICH, a married man, in the above-entitled action, that I am of legal age, and that I have personal knowledge of the facts stated herein based on reviewing the documents and pleadings contained in Plaintiff's file, as well as an online search of the Snohomish County Superior Court Records for documents filed in this case.

2.      That service of Plaintiff's Complaint for Breach of Contract, Bad Faith, Violation of the Insurance Fair Conduct Act and Consumer Protection Act ("Complaint") was duly and regularly made upon the State of Washington Office of Insurance Commissioner via certified mail on July 29, 2019.  Attached as **Exhibit A** is a true and correct copy of the Insurance Commissioner's Acceptance of Service. *A copy of the acceptance of* *(Д.Ц.)* *service has been filed with the court.* *Д.Ц.*

3.      Defendant has not filed or served~~ an answer to the Complaint~~ in this action and *of 20 days' appearance* *an appearance or* *(Д.Ц.)* ~~the time period for an answer by the Defendant has expired.~~

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this **21** day of August, 2019 at Bellevue, Washington.

_____
Gregory L. Ursich, W.S.B.A. #18614

Motion and Declaration for Order of Default - Page 2

**INSLEE BEST** Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

961030.1 - 365474 -0001

EXHIBIT 9

FILED

2019 AUG 21 PM 1:54

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH

19-2-06599-31
ORDFL         6
Order of Default
5384910

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

JOHN BABAROVICH, a married man,

Plaintiff,

vs.

STANDARD GUARANTY INSURANCE
COMPANY, a Delaware corporation,

Defendant.

NO. 19-2-06599-31

**ORDER OF DEFAULT**

**[Proposed]**

THIS MATTER having come before the Court upon Plaintiff JOHN BABAROVICH'S

Motion and Declaration for Order of Default ~~against~~ under CR55 Defendant STANDARD GUARANTY

INSURANCE COMPANY, and this Court having considered the following:

1.  Plaintiff's Motion and Declaration for Order of Default, with Exhibit;

2.  _including the Acceptance of Service by the_

3.  _Insurance Commissioner of the State of_

4.  _Washington, dated July 29, 2019, and_

Having been fully advised in the premises and being familiar with the particulars herein,

and finding good cause therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that

Order of Default - Page 1

INSLEE
BEST

Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

961062.1 - 365474 -0001

1   Plaintiff's Motion and Declaration for Order of Default against Defendant STANDARD

2   GUARANTY INSURANCE COMPANY is hereby GRANTED.

3          It is further ORDERED, ADJUDGED, and DECREED that Defendant STANDARD

4   GUARANTY INSURANCE COMPANY is declared to be in default.

5          DATED this _____ day of __AUG 2 1 2019__, 2019.

6

7                                           Commissioner

8   Presented by:

9   INSLEE, BEST, DOEZIE & RYDER, P.S.

10

11  By_____
        Gregory L. Ursich, WSBA #18614
12      10900 NE 4th Street, Suite 1500
        Bellevue, Washington 98004
13      Tel: (425) 455-1234
        Fax: (425) 635-7720
14      Email: gursich@insleebest.com

15      Attorneys for Plaintiff John Babarovich

16

17

18

19

20

21

22

23      Order of Default - Page 2

24

961062.1 - 365474 -0001

INSLEE   Skyline Tower
         Suite 1500
BEST     10900 NE 4th Street
         Bellevue, WA 98004
425.455.1234 | www.insleebest.com

EXHIBIT 10

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SNOHOMISH

| | |
|---|---|
| JOHN BABAROVICH, a married man, | NO. 19-2-06599-31 |
| Plaintiff, | **ORDER VACATING DEFAULT** |
| vs. | **[Proposed]** |
| STANDARD GUARANTY INSURANCE COMPANY, a Delaware corporation, | |
| Defendant. | |

THIS MATTER having come before the Court upon Plaintiff JOHN BABAROVICH'S

Motion and Declaration for Order Vacating Default against Defendant STANDARD

GUARANTY INSURANCE COMPANY, and this Court having considered the following:

1.    Plaintiff's Motion and Declaration for Order Vacating Default;

2.    _____;

3.    _____; and

4.    _____.

Having been fully advised in the premises and being familiar with the particulars herein,

and finding good cause therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that

ORDER VACATING DEFAULT - Page 1

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

966260.1 - 365474 -0001

1   Plaintiff's Motion and Declaration for Order Vacating Default against Defendant STANDARD

2   GUARANTY INSURANCE COMPANY is hereby GRANTED.

3        It is further ORDERED, ADJUDGED, and DECREED that the Default entered against

4   Defendant STANDARD GUARANTY INSURANCE COMPANY on August 21, 2019 is

5   hereby VACATED.

6        DATED this 29th day of August, 2019.

7

8   _____
                  Commissioner

9   Presented by:

10  INSLEE, BEST, DOEZIE & RYDER, P.S.

11

12  By _____

13      Curtis J. Chambers, WSBA #42984
    10900 NE 4th Street, Suite 1500

14      Bellevue, Washington 98004
    Tel: (425) 455-1234

15      Fax: (425) 635-7720
    Email: cchambers@insleebest.com

16
    Attorneys for Plaintiff John Babarovich

17

18

19

20

21

22

23

24  ORDER VACATING DEFAULT - Page 2

INSLEE BEST   Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

966260.1 - 365474 -0001