IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN BABAROVICH,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD GUARANTY INSURANCE COMPANY, a Delaware Corporation,<br><br>Defendant. | NO. C19-1395 RSM<br><br>STIPULATED MOTION AND AGREED ORDER TO EXTEND CASE DEADLINES |

## STIPULATION

COMES NOW Plaintiff John Babarovich ("Babarovich") and Defendant Standard Guaranty Insurance Company ("SGIC") (collectively, the "Parties"), by and through their counsel of record and, pursuant to FRCP 26, LCR 7(d)(1) and 10(g), and the Court's September 4, 2019 Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 5), file this Joint Motion to extend the case scheduling deadlines set by the Court by 45 days, as follows:

1. FRCP 26(f) Conference      November 12, 2019
2. Initial Disclosures      November 18, 2019
3. Joint Status Report and Discovery Plan      November 25, 2019

STIPULATED MOTION AND AGREED ORDER - Page 1

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

LEGAL\43288568\1

1   This is the first request by the Parties to extend these deadlines.

2        In support of the Joint Motion, the Parties show the Court as follows:

3        On September 27, 2019, counsel for SGIC emailed counsel for Babarovich in order to arrange a time to conduct the FRCP 26(f) conference. Counsel for Babarovich, Gregory Ursich, advised he was unable to meet by the Court's original October 2, 2019 deadline due to deposition and trial preparation obligations. Mr. Ursich has, to date, been unable to meet with counsel for SGIC due to time significant time constraints from his existing and pending trials, including a trial commencing on Monday, October 21, 2019. Counsel for SGIC is agreeable to an extension of the case deadlines in order to permit additional time for Mr. Ursich to complete his existing and pending trials and for the Parties to meaningfully meet and confer in order to set a schedule for the prompt completion of the case.

       THEREFORE, the Parties jointly move the Court for an Order extending the FRCP 26(f) conference to November 12, 2019, the Initial Disclosure deadline to November 18, 2019 and the Joint Status Report and Discovery Plan deadline to November 25, 2019. Attached is a proposed Order granting the Joint Motion.

| INSLEE BEST DOEZIE & RYDER, P.S. | COZEN O'CONNOR |
|---|---|
| _____ | _____ |
| Gregory L. Ursich WSBA #18614 | Kevin A. Michael WSBA #36976 |
| Attorney for Plaintiff John Babarovich | Attorney for Defendant Standard Guaranty Insurance Company |
| DATED on this ____ day of October, 2019 | DATED on this ____ day of October, 2019 |

STIPULATED MOTION AND AGREED ORDER - Page 2



INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

LEGAL\43288568\1

# II. AGREED ORDER

IT IS, based on the above stipulation of counsel for all Parties, hereby ORDERED that the pending deadlines are extended as follows:

1. FRCP 26(f) Conference         November 12, 2019
2. Initial Disclosures           November 18, 2019
3. Joint Status Report and Discovery Plan    November 25, 2019

IT IS SO ORDERED this 18th day of October 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

So stipulated and presented by:

INSLEE, BEST, DOEZIE & RYDER, P.S.

By_____
Gregory L. Ursich, WSBA No. 18614
Attorney for John Babarovich
10900 NE 4th Street, Suite 1500
Bellevue, Washington 98004
Tel: (425) 455-1234
Fax: (425) 635-7720999
Email: gursich@insleebest.com

So stipulated and copy received:

COZEN O'CONNOR

_____
Kevin A. Michael, WSBA # 36976
Craig H. Bennion, WSBA #11646
Nadia A. Bugaighis, WSBA #45492
Attorneys for Defendant Standard Guaranty Insurance Company
Third Avenue, Suite 1900
Seattle, WA 98104
Tel: (206) 340-1000

STIPULATED MOTION AND AGREED ORDER - Page 3

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

LEGAL\43288568\1