UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BABAROVICH,<br><br>               Plaintiff,<br><br>   v.<br><br>STANDARD GUARANTY<br>INSURANCE COMPANY, a Delaware<br>Corporation,<br><br>               Defendant. | CASE NO. C19-1395 RSM<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On September 4, 2019, the Court issued its standard Order Regarding Initial Disclosures and Joint Status Report. Dkt. #5. The parties were ordered to file a joint status report no later than October 16, 2019, later extended to November 25, 2019. *See id.*; Dkt. #9. On November 25, 2019, Defendant filed a Status Report indicating that counsel for both parties had conducted a Rule 26(f) conference, but that Plaintiff had not served his initial disclosures and had failed to coordinate with Defendant in the filing of a joint status report. Dkt. #10. Since then, Plaintiff has not filed his own status report or otherwise communicated with the Court.

ORDER TO SHOW CAUSE - 1

As it currently stands, it appears that Plaintiff has failed to comply with a Court Order and failed to prosecute his case. In Response to this Order, Plaintiff must write a short and plain statement telling the Court why this case should not be dismissed given the above. **This Response may not exceed six (6) pages**.

The Court hereby finds and ORDERS that Plaintiff shall file this Response to this Order to Show Cause **no later than fourteen (14) days from the date of this Order**. Failure to file this Response will result in dismissal of this case.

DATED this 5th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE