JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN BABAROVICH, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD GUARANTY INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:19-cv-01395-RSM<br><br>ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT |

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon Plaintiff John Babarovich's Motion for Leave to Amend Complaint, the Court having reviewed the Plaintiff's motion and declaration in support and any responsive pleadings, and the Court being fully advised in the premises, it is hereby

ORDERED, ADJUDGED AND DECREED that the Plaintiff's motion for leave to amend his complaint is hereby GRANTED, and the Plaintiff shall file with the Clerk and serve the parties with the Amended Complaint.

ORDER GRANTING MOTION FOR LEAVE TO AMEND
COMPLAINT [Case #2:19-cv-01395-RSM] - Page 1
1062952.1 - 365474 -0002

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

ENTERED this 13th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

INSLEE, BEST, DOEZIE & RYDER, P.S.

By *s/Gregory L. Ursich*
    Gregory L. Ursich, WSBA #18614
    Attorneys for Plaintiff
    10900 NE 4th Street, Suite 1500
    Bellevue, Washington 98004
    Tel: (425) 455-1234
    Email: gursich@insleebest.com

Approved as to form, notice of presentation waived:

COZEN O'CONNOR

By_____
    Kevin A. Michael, WSBA #36976
    Attorneys for Defendant
    999 Third Avenue, Suite 1900
    Seattle, WA 98104
    Phone: (206) 340-1000
    Fax: (206) 621-8783
    E-mail: kmichael@cozen.com
           nbugaighis@cozen.com
           lnyamashita@cozen.com

ORDER GRANTING MOTION FOR LEAVE TO AMEND
COMPLAINT [Case #2:19-cv-01395-RSM] - Page 2
1062952.1 - 365474 -0002

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com