**Honorable Ricardo S. Martinez**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOHN BABAROVICH,<br><br>  Plaintiff,<br><br>vs.<br><br>STANDARD GUARANTY INSURANCE COMPANY, a Delaware Corporation,<br><br>  Defendant. | NO. 2:19-CV-01395<br><br>STIPULATED MOTION AND AGREED ORDER TO EXTEND CASE DEADLINES |

**STIPULATED MOTION**

COMES NOW Plaintiff John Babarovich ("Babarovich") and Defendant Standard Guaranty Insurance Company ("SGIC") (collectively, the "Parties"), by and through their counsel of record and, pursuant to FRCP 26, LCR 7(d)(1) and 10(g), and the Court's January 7, 2020 Order Setting Trial and Related Dates (Dkt. 16), file this Joint Motion to extend the case scheduling deadlines set forth below. In support of this Stipulated Motion, the Parties show the Court as follows:

The Court set the current case schedule shortly before the COVID-19 pandemic began. *See* Dkt. 16. Since the onset of the pandemic, the Parties have had difficulty meeting with and working with their experts, who have been indisposed or otherwise unable to perform the

STIPULATED MOTION AND AGREED ORDER - Page 1

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

1172200.1 - 365474 -0002

expected services.  In addition, Plaintiff John Babarovich is in the midst of cancer treatment, making it more difficult for him to meet with counsel and experts, prepare for and sit for deposition, etc.  In addition, the Parties desire to explore resolution before undertaking additional discovery efforts.  Finally, in the event that resolution does not occur, the Parties desire to set a case schedule that allows for the completion of all fact discovery, followed by a period for expert reports and expert depositions.  The Parties have conferred and propose the following case schedule:

| | |
|---|---|
| **BENCH TRIAL DATE** | **July 26, 2021** |
| Deadline for discovery motions | December 4, 2020 |
| Fact discovery deadline | January 15, 2021 |
| Initial expert report deadline | February 12, 2021 |
| Rebuttal expert report deadline | March 5, 2021 |
| Expert deposition deadline | March 19, 2021 |
| Dispositive motion deadline | April 16, 2021 |
| Motions in limine deadline | June 18, 2021 |
| Agreed pre-trial order | July 2, 2021 |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony, and trial exhibits | July 16, 2021 |

THEREFORE, the Parties jointly move the Court for an Order extending the deadlines as reflected above. Attached is a proposed Order granting the Joint Motion.

STIPULATED MOTION AND AGREED ORDER - Page 2

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

1172200.1 - 365474 -0002

| | |
|---|---|
| INSLEE BEST DOEZIE & RYDER, P.S. | COZEN O'CONNOR |
| _____ | __/S/ KEVIN A. MICHAEL_____ |
| Gregory L. Ursich WSBA #18614 | Kevin A. Michael WSBA #36976 |
| Attorney for Plaintiff John Babarovich | Attorney for Defendant Standard Guaranty Insurance Company |
| DATED on this ____ day of Sept., 2021 | DATED on this ____ day of Sept., 2021 |

## AGREED ORDER

IT IS, based on the above stipulation of counsel for all Parties, hereby ORDERED that the pending deadlines are extended as follows:

| | |
|---|---|
| **BENCH TRIAL DATE** | **July 26, 2021** |
| Deadline for discovery motions | December 4, 2020 |
| Fact discovery deadline | January 15, 2021 |
| Initial expert report deadline | February 12, 2021 |
| Rebuttal expert report deadline | March 5, 2021 |
| Expert deposition deadline | March 19, 2021 |
| Dispositive motion deadline | April 16, 2021 |
| Motion in limine deadline | June 18, 2021 |
| Agreed pre-trial order | July 2, 2021 |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony, and trial exhibits | July 16, 2021 |

STIPULATED MOTION AND AGREED ORDER - Page 3

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

1172200.1 - 365474 -0002

1    IT IS SO ORDERED this 21st day of September, 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

So stipulated and presented by:

INSLEE, BEST, DOEZIE & RYDER, P.S.

By_____
Gregory L. Ursich, WSBA No. 18614
Attorney for John Babarovich
10900 NE 4th Street, Suite 1500
Bellevue, Washington 98004
Tel: (425) 455-1234
Fax: (425) 635-7720999
Email: gursich@insleebest.com

So stipulated and copy received:

COZEN O'CONNOR

   /s/ KEVIN A. MICHAEL
Kevin A. Michael, WSBA # 36976
Nadia A. Bugaighis, WSBA #45492
Attorneys for Defendant Standard Guaranty Insurance Company
Third Avenue, Suite 1900
Seattle, WA 98104
Tel: (206) 340-1000

STIPULATED MOTION AND AGREED ORDER - Page 4

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
10900 NE 4th Street, Suite 1500
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

1172200.1 - 365474 -0002