THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BABAROVICH, a married man,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD GUARANTY INSURANCE COMPANY, a Delaware corporation,<br><br>Defendant. | Case No.: 2:19-cv-01395-RSM<br><br>STIPULATED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY |

## I.  STIPULATION

THIS MATTER having come before this Court upon the Stipulation of Plaintiff JOHN BABAROVICH ("Plaintiff Babarovich") and Defendant STANDARD GUARANTY INSURANCE COMPANY ("Defendant Standard Guaranty") and the parties are seeking an order of voluntary dismissal with prejudice and without costs to any party, pursuant to FRCP 41, as to all the named parties.

1.  Defendant Standard Guaranty has settled with Plaintiff Babarovich as to all claims which are the subject of this action; and

STIPULATION AND ORDER OF DISMISSAL - Page 1

1202764.1 - 365474 -0002

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

2.  Defendant Standard Guaranty and Plaintiff Babarovich stipulate that this matter should be dismissed with prejudice and without fees or costs to any party.

Plaintiff Babarovich and Defendant Standard Guaranty hereby stipulate to entry of the following Order.

Stipulated and Agreed to this 30th day of October, 2020.

INSLEE, BEST, DOEZIE & RYDER, P.S.

By _____
Gregory L. Ursich, WSBA #18614
Attorneys for Petitioner

COZEN O'CONNOR

By */s/ Kevin A. Michael (per email of 10/27/2020)*
Kevin A. Michael, WSBA #36976
Attorneys for Defendant

## II.  ORDER

Based upon the foregoing stipulation, IT IS HEREBY ORDERED:

1.  This matter is voluntarily dismissed, with prejudice and without costs, pursuant to FRCP 41.

DONE IN OPEN COURT this 10th day of November, 2020.

_____
JUDGE

/////

/////

STIPULATION AND ORDER OF DISMISSAL - Page 2

1202764.1 - 365474 -0002

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

Presented by:

INSLEE, BEST, DOEZIE & RYDER, P.S.

By /s/ Gregory L. Ursich
Gregory L. Ursich, WSBA #18614
Attorneys for Plaintiff

**Stipulated to; Copy received:**
**Approved as to form:**
**Notice of Presentation waived:**

COZEN O'CONNOR

By /s/ Kevin A. Michael (per email of 10/27/2020)
Kevin A. Michael, WSBA #36976
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL - Page 3

1202764.1 - 365474 -0002

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com